AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| MARCOS ALCANTARA HERNANDEZ | ) 1:22-mj- 05-01-AJ |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 19, 2021__ in the county of __Rockingham__ in the _____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | - Conspiracy to Distribute and to Possess with Intent to Distribute More than 400g of Fentanyl |

This criminal complaint is based on these facts:

Please see attached affidavit.

☒ Continued on the attached sheet.

/s/ Sean Wilton
*Complainant's signature*

Special Agent Sean Wilton, DEA
*Printed name and title*

Sworn to before me and signed in my presence.  by telephone.

Date: 01/10/2022

*Judge's signature*

City and state: Concord, New Hampshire     Hon. Andrea K. Johnstone, U.S. Magistrate Court
*Printed name and title*